UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-298 (DWF/AJB)

THE TURKEY STORE COMPANY f/k/a Jerome Foods, Inc.; JEROME FOODS, INC., d/b/a THE TURKEY STORE COMPANY; JEROME FOODS, INC., JEROME FARMS, INC. JEROME FAIRBO FARMS, INC.; JEROME FAIRBO FOODS, INC.; JEROME ENTERPRISES, INC.

Plaintiffs,

v.

AKZO NOBEL, INC.; AKZO NOBEL NV; BASF A.G., BASF CORPORATION; BIOPRODUCTS, INC.; CHINOOK GROUP, LTD.; CHINOOK GROUP, INC.; CONAGRA, INC.; DAIICHI PHARMACEUTICALS CO., LTD.; DAIICHI FINE CHEMICALS, INC.; DAIICHI PHARMACEUTICALS CORPORATION; DCV, INC.; DEGUSSA-HULS A.G.; DEGUSSA-HULS, INC.;DUCOA; DUCOA, L.P.; E.I. DUPONT DE NEMOURS AND COMPANY; EISAI CO. LTD.; EISAI INC.; F. HOFFMANN-LA ROCHE, LTD.; HOFFMANN-LA ROCHE INC.; LONZA GROUP LTD.; LONZA, INC.; MITSUI & CO. LTD.; MITSUI & CO., INC.; RHONE-POULENC SA; RHONE-POULENC ANIMAL NUTRITION, INC.; TAKEDA CHEMICAL INDUSTRIES, LTD; TAKEDA VITAMIN & FOOD U.S.A., INC.; TAKEDA AMERICA, INC.; UCB, SA; UCB, INC.,

Defendants.

**ORDER FOR APPOINTMENT OF SPECIAL PROCESS SERVER**

The above-entitled matter came before the Honorable Arthur J. Boylan on Plaintiffs' Motion for Appointment of a Special Process Server.

FILED 4/3/00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Based upon all files, records and proceedings herein, IT IS HEREBY ORDERED:

1. That APS International, Ltd. is appointed special process server to effect such service upon defendants BASF A. G. and Degussa-Huls A.G. in Germany, and upon defendants F. Hoffman-LaRoche, Ltd. and Lonza Group, Ltd., in Switzerland, in accordance with the Hague Convention and international law.

Dated: 4/3/00

Honorable Arthur J. Boylan
Magistrate Judge